IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON P. VINCENT, | : | Civil No. 3:26-cv-2 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | FILED SCRANTON |
| Respondents | : | JAN 0 5 2026 |
| | | PER _____ DEPUTY CLERK |

**ORDER**

**AND NOW**, this  5th day of January, 2026, upon preliminary consideration of the petition for writ of habeas corpus pursuant 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice for lack of jurisdiction. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge